UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00474-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN MORALES, a/k/a Eduardo Juan Barrios-Gomez,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, January 6, 2012,** and responses to these motions shall be filed by **Monday, January 16, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time. Counsel shall contact Chambers should a hearing become necessary. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, January 24, 2012, at 9:00 a.m. in courtroom A-1002.**

    Dated: November 30, 2011.

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    WILEY Y. DANIEL
                                                    CHIEF U. S. DISTRICT JUDGE